**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-7191

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

OMAR A. MUDIE,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (CR-94-77, CA-99-131)

Submitted:  January 18, 2001          Decided:  January 24, 2001

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Omar A. Mudie, Appellant Pro Se.  Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Omar A. Mudie seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Mudie, Nos. CR-94-77; CA-99-131 (E.D. Va. June 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Mudie alleges for the first time on appeal that his sentence was illegal under Apprendi v. New Jersey, 120 S. Ct. 2348 (2000). Even if this claim were properly before the court, Mudie was not sentenced above the statutory maximum for the offense of conviction. As a result, the sentence does not implicate the concerns raised in Apprendi. United States v. Angle, 230 F.3d 113 (4th Cir. 2000), petition for rehearing filed, Oct. 26, 2000 (No. 96-4662).

2